RAYMOND GUYER v. WILLIAM A. NICHOLLS and Another.— Motion to dismiss

appeal granted, with ten dollars costs, unless appellant complies with terms stated in order.  Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.